**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFRIKA N. HICKS )<br>18850 Broken Oak Rd. )<br>Boyds, Maryland 20841 )<br>            )<br>            Plaintiff )<br>       v.   )<br>            )<br>UNITED STATES SENATE )<br>SERGEANT AT ARMS )<br>To be Served on Office of Senate )<br>Chief Counsel for Employment )<br>PO Box 77053 )<br>Washington, D.C. 20013 )<br>            )<br>and         )<br>            )<br>KIMBALL B. WINN )<br>905 Parker Ave )<br>Falls Church, Virginia 22046 )<br>            )<br>and         )<br>            )<br>RICK KAUFMAN )<br>1703 Treehouse Court )<br>Annapolis, Maryland 21401 )<br>            )<br>            Defendants )<br>            ) | Case No: 1:07-cv-02186<br><br>Judge Richard W. Roberts |

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 9166, to Kimball B. Winn. The summons and Complaint were received on March 1, 2008, and documentation demonstrating service is attached hereto.

Respectfully Submitted,
ALDERMAN, DEVORSETZ & HORA, PLLC


/s/ Leslie Alderman (D.C. #477750)
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 03/01/08 |
| 1. Article Addressed to:<br><br>Kimball B. Winn<br>905 Parker Avenue<br>Falls Church, VA 22046 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7005 1820 0004 0049 9166 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Leslie D. Alderman, III
Alderman, Devorsetz + Hora
1025 Connecticut Ave, NW
Suite 615
Washington, DC 20036

Hicks