UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFRIKA N. HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-02186 (RWR) |
| ) | |
| UNITED STATES SENATE SERGEANT ) | |
| AT ARMS, ) | |
| ) | |
| and ) | |
| ) | |
| KIMBALL B. WINN, ) | |
| ) | |
| and ) | |
| ) | |
| RICK KAUFMAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule LCvR 83.6(a) of the Local Civil Rules for the United States District Court for the District of Columbia, the following attorney enters an appearance on behalf of all Defendants in the above-captioned action:

>Jean M. Manning
>D.C. Bar No. 439942
>Senate Chief Counsel for Employment
>
>Office of Senate Chief Counsel for Employment
>P.O. Box 77053
>Washington, D.C. 20013
>Telephone: (202) 224-5424

Dated: April 3, 2008 Respectfully submitted,

/s/ Jean M. Manning
Jean M. Manning
D.C. Bar No. 439942
Senate Chief Counsel for Employment

Dawn Bennett-Ingold
D.C. Bar No. 482083
Senate Senior Counsel for Employment

Office of Senate Chief Counsel for Employment
P.O. Box 77053
Washington, D.C. 20013
Telephone: (202) 224-5424

*Attorneys for Defendants*