UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFRIKA N. HICKS, )<br>       **Plaintiff,** )<br>       v. )<br>UNITED STATES SENATE SERGEANT )<br>AT ARMS, et al. )<br>       **Defendants.** ) | Case No.: 1:07CV02186 (RWR) |

**DEFENDANT OFFICE OF THE SERGEANT AT ARMS FOR THE UNITED STATES SENATE'S UNOPPOSED MOTION TO CORRECT THE CAPTION**

     Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and in accordance with Rule 7 of the Local Civil Rules of this Court, Defendant Office of the Sergeant at Arms for the United States Senate ("OSAA") moves this Court to correct the caption in the above-captioned case. Pursuant to Local Civil Rule 7(m), on April 29, 2008, counsel for the OSAA and counsel for Plaintiff Afrika N. Hicks ("Plaintiff") discussed this motion. Plaintiff does not oppose this motion.

     Under the Congressional Accountability Act of 1995 ("CAA"), 2 U.S.C. §§ 1301-1438 (2000), the "defendant shall be the employing office alleged to have committed the violation, or in which the violation is alleged to have occurred," *id.* § 1408(b). In this case, Plaintiff has filed suit under the CAA (Compl. ¶¶ 3-4) and, as required by 2 U.S.C. § 1408(b), has sued the OSAA, her former employing office (Compl. ¶ 5). In the caption of her Complaint, however, Plaintiff inaccurately designated Defendant OSAA as the "United States Senate Sergeant at Arms." (*See*

Compl. Caption.) As such, the OSAA moves this Court to correct the caption of this case to reflect its correct name—Office of the Sergeant at Arms for the United States Senate.

Dated:   May 1, 2008				Respectfully submitted,


					 /s/ Dawn Bennett-Ingold
					Jean M. Manning
					D.C. Bar No. 439942
					Senate Chief Counsel for Employment

					Dawn Bennett-Ingold
					D.C. Bar No. 482083
					Senate Senior Counsel for Employment

					Office of Senate Chief Counsel for Employment
					P.O. Box 77053
					Washington, D.C. 20013
					Telephone: (202) 224-5424

					*Attorneys for Defendant, Office of the Sergeant at Arms for the United States Senate*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AFRIKA N. HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07CV02186 (RWR) |
| ) | |
| **UNITED STATES SENATE SERGEANT** ) | |
| **AT ARMS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant Office of the Sergeant at Arms for the United States Senate's Unopposed Motion to Correct the Caption it is hereby ORDERED that Defendant's motion is GRANTED and that this Court will correct the docket to reflect Defendant's correct name—Office of the Sergeant at Arms for the United States Senate.

**IT IS SO ORDERED.**

Date: _____                        _____
                                                Richard W. Roberts
                                                United States District Court Judge